UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MARTIN L. MANLEY,

        Plaintiff,        Case No. 1:12-cv-508

v.        Honorable Paul L. Maloney

UNKNOWN PARTY,

        Defendant.

_____/

## **JUDGMENT**

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.


Dated:  August 7, 2012        /s/ Paul L. Maloney
        Paul L. Maloney
        Chief United States District Judge